IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **NOKIA TECHNOLOGIES OY**<br><br>Plaintiff,<br><br>v.<br><br>**AMAZON.COM, INC.,<br>AMAZON.COM SERVICES LLC, AND<br>TWITCH INTERACTIVE, INC.,**<br><br>Defendants. | Civil Action No. |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Nokia Technologies OY states that it is a privately-held company organized under the laws of Finland. Nokia Technologies OY further states that it is solely owned by its parent corporation, Nokia Corporation. No other publicly-held corporation or publicly-held entity has a direct financial interest in the outcome of the litigation.

Dated: October 31, 2023

Respectfully submitted,

**FARNAN LLP**

*/s/ Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St. 12th Floor
Wilmington DE 19801
Tel.: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

**MCKOOL SMITH, P.C.**

Warren H. Lipschitz*
Alexandra F. Easley*
300 Crescent Ct. Ste. 1200
Dallas, TX 75224
Tel.: (214) 978-4000

wlipschitz@mckoolsmith.com
aeasley@mckoolsmith.com

R. Mitch Verboncoeur*
303 Colorado St Suite 2100
Austin, TX 78701
Tel.: (512) 692-8700
mverboncoeur@mckoolsmith.com

**ALSTON & BIRD LLP**

Theodore Stevenson, III*
2200 Ross Ave. #2300
Dallas, TX 75201
Tel.: (214) 922-3400
ted.stevenson@alston.com

John D. Haynes*
Nicholas T. Tsui*
1201 West Peachtree Street
Atlanta, GA 30309
Tel.: (404) 881-7000
john.haynes@alston.com
nick.tsui@alston.com

**\*Local Civil Rule 83.5 motions for pro hac vice admission forthcoming**