**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

NOKIA TECHNOLOGIES OY,

      Plaintiff,

        v.

AMAZON.COM, INC., AMAZON.COM
SERVICES, LLC, AND TWITCH INTERACTIVE,
INC.,

      Defendants.

C.A. No. 23-1236 (GBW)

**DEFENDANTS' MOTION FOR PARTIAL DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Amazon.com, Inc., Amazon.com Services, LLC, and Twitch Interactive, Inc. move to dismiss Counts III, IV, V, VI, IX, and X of Plaintiff's Complaint (D.I. 1) with prejudice for failure to state a claim upon which relief can be granted because U.S. Patent Nos. 6,950,469, 7,280,599, 8,036,273, 6,968,005, 8,144,764, and 7,724,818 are invalid under 35 U.S.C. §101 for lacking patent eligible subject matter. The grounds for this motion are set forth in Defendants' Opening Brief filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Defendants Amazon.com, Inc.,*
*Amazon.com Services, LLC, and*
*Twitch Interactive, Inc.*

OF COUNSEL:

J. David Hadden
Saina S. Shamilov
Ravi R. Ranganath
Allen Wang
Vigen Salmastlian
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
(650) 988-8500

Todd R. Gregorian
Ethan M. Thomas
FENWICK & WEST LLP
555 California Street
San Francisco, CA  94104
(415) 875-2300

January 19, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 19, 2024, upon the following in the manner indicated:

Brian E. Farnan, Esquire                                    *VIA ELECTRONIC MAIL*
Michael J. Farnan, Esquire
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington DE  19801
*Attorneys for Plaintiffs*

Warren H. Lipschitz, Esquire                                *VIA ELECTRONIC MAIL*
Alexandra F. Easley, Esquire
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1200
Dallas, TX  75224
*Attorneys for Plaintiffs*

R. Mitch Verboncoeur, Esquire                               *VIA ELECTRONIC MAIL*
Joshua Budwin, Esquire
MCKOOL SMITH, P.C.
303 Colorado Street, Suite 2100
Austin, TX  78701
*Attorneys for Plaintiffs*

Kevin Burgess, Esquire                                      *VIA ELECTRONIC MAIL*
MCKOOL SMITH, P.C.
104 East Houston Street, Suite 300
Marshall, TX  75670
*Attorneys for Plaintiffs*

Joshua Newcomer, Esquire                                    *VIA ELECTRONIC MAIL*
MCKOOL SMITH, P.C.
600 Travis Street, Suite 7000
Houston, TX  77002
*Attorneys for Plaintiffs*

Theodore Stevenson, III, Esquire                    *VIA ELECTRONIC MAIL*
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, TX  75201
*Attorneys for Plaintiffs*


John D. Haynes, Esquire                             *VIA ELECTRONIC MAIL*
Nicholas T. Tsui, Esquire
Shawn P. Gannon, Esquire
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309
*Attorneys for Plaintiffs*



                                        */s/ Jeremy A. Tigan*

                                        _____
                                        Jeremy A. Tigan (#5239)