**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOKIA TECHNOLOGIES OY,<br><br>              Plaintiff,<br><br>     v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, AND TWITCH INTERACTIVE, INC.,<br><br>              Defendants. | C.A. No. 23-1236 (GBW) |

## **RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Amazon.com, Inc. states that it is a publicly held corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Amazon.com Services, LLC and Twitch Interactive, Inc. are wholly-owned subsidiaries of Amazon.com, Inc.

OF COUNSEL:

J. David Hadden
Saina S. Shamilov
Ravi R. Ranganath
Allen Wang
Vigen Salmastlian
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
(650) 988-8500

Todd R. Gregorian
Ethan M. Thomas
FENWICK & WEST LLP
555 California Street
San Francisco, CA  94104
(415) 875-2300

January 19, 2024

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Defendants Amazon.com, Inc.,
Amazon.com Services, LLC, and
Twitch Interactive, Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 19, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Warren H. Lipschitz, Esquire<br>Alexandra F. Easley, Esquire<br>MCKOOL SMITH, P.C.<br>300 Crescent Court, Suite 1200<br>Dallas, TX  75224<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| R. Mitch Verboncoeur, Esquire<br>Joshua Budwin, Esquire<br>MCKOOL SMITH, P.C.<br>303 Colorado Street, Suite 2100<br>Austin, TX  78701<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Kevin Burgess, Esquire<br>MCKOOL SMITH, P.C.<br>104 East Houston Street, Suite 300<br>Marshall, TX  75670<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Joshua J. Newcomer, Esquire<br>MCKOOL SMITH, P.C.<br>600 Travis Street, Suite 7000<br>Houston, TX  77002<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

2

Theodore Stevenson, III, Esquire                                      *VIA ELECTRONIC MAIL*
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, TX  75201
*Attorneys for Plaintiffs*

John D. Haynes, Esquire                                               *VIA ELECTRONIC MAIL*
Nicholas T. Tsui, Esquire
Shawn P. Gannon, Esquire
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309
*Attorneys for Plaintiffs*

/s/ *Jeremy A. Tigan*

Jeremy A. Tigan (#5239)