IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA TECHNOLOGIES OY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-1236 (GBW) |
| | ) |
| AMAZON.COM, INC., | ) |
| AMAZON.COM SERVICES, LLC and | ) |
| TWITCH INTERACTIVE, INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the following schedule shall apply to Defendants' Motion for Partial Dismissal Pursuant to Fed. R. Civ. P. 12(b)(6) ("Motion") (D.I. 17):

(1) The deadline for Plaintiffs to file their answering brief in opposition to the Motion, or to amend their complaint under Fed. R. 15(a)(1)(B) is extended to March 15, 2024;

(2) If Plaintiffs file an opposition to the Motion, the deadline for Defendants to file a reply brief in support of their Motion will be April 22, 2024;

(3) If Plaintiffs file an amended complaint in lieu of filing an opposition to the Motion, Defendants shall have until May 6, 2024 to answer or otherwise respond to the amended complaint.

2

| | |
|---|---|
| Dated: February 2, 2024 | Respectfully submitted, |
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Michael J. Farnan<br>Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street, 12th Floor<br>Wilmington DE  19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiffs* | /s/ Jeremy A. Tigan<br>Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br><br>*Attorneys for Defendants* |

IT IS SO ORDERED this _____ day of January, 2024.

_____
The Honorable Gregory B. Williams